# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Terrence D. McCay
Attorney at Law
One Lakeshore Drive, Ste 1150
Lake Charles LA 70629

Robert Scott
Blank, Rome, LLP
700 Louisiana, Suite 400
Houston TX 77002

**REHEARING ACTION: May 15, 2013**

**Docket Number: 12   01288-CA**

**MONTE MCWILLIAMS**
**VERSUS**
**EXXON MOBIL CORP., ET AL.**

**Appealed from Calcasieu Parish Case No. 2009-2803**

<u>**BEFORE JUDGES**</u>:

   **Hon. John D. Saunders**
   **Hon. Billy Howard Ezell**
   **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Chevron USA, Inc., Texaco, Inc., and Union Oil Company of**

**California** has this day been

   **DENIED.**

cc: Harry Alston Johnson, III, Counsel for the Appellant
    Wells Talbot Watson, Counsel for the Appellee
    Darren Lee Brown, Counsel for the Appellee